IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KHALED IBRAHIM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION H-12-3768 |
| | § | |
| UAL CORP. d/b/a UNITED AIRLINES, | § | |
| | § | |
| | § | |
| Defendant. | § | |

### FINAL SUMMARY JUDGMENT

Pursuant to the Order entered on this day, the Court

ORDERS that FINAL SUMMARY JUDGMENT is GRANTED in favor of Defendant UAL Corp. n/k/a United Airlines against Plaintiff Khaled Ibrahim. Plaintiff shall take nothing and shall bear all costs of court.

THIS IS A FINAL JUDGMENT.

**SIGNED** at Houston, Texas, this 6th day of February, 2014.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE